AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachuetts

UNITED STATES OF AMERICA

v.

DOTTY PIERRE

## WARRANT FOR ARREST

CASE NUMBER: 2005-MJ-0469-RBC

*RECEIVED 2005 SEP -2 A 8:49 U.S. MARSHAL SERVICE BOSTON, MA*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DOTTY PIERRE___
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly executing or attempting to execute a scheme or artifice to obtain any of the moneys, funds credits, assets, securities or other property owned by or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises; and
knowingly transfering, possessing and using, wihtout lawful authority, a means of identification of another person during and in relation to a violation of 18 U.S.C. Section 1344.

in violation of Title ___18___ United States Code, Section(s) ___1344, 1028A___

ROBERT B. COLLINGS
Name of Issuing Officer

*[Signature]*
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

09-01-2005     Boston, Massachusetts
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY ARRAIGNMENT OF THE DEFENDANT ON 9-2-2005 /s/

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): _____

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____