# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                          MAGISTRATE JUDGE'S DOCKET
                                     NO. 2005-M-0469-RBC

DOTTIE PIERRE.

## *ORDER SETTING CONDITIONS OF RELEASE*

COLLINGS, U.S.M.J.

After hearing, the Court finds that there is a combination of conditions of release which will reasonably assure the appearance of the defendant and the safety of other persons and the community. Accordingly, the Court sets the following Conditions of Release:

(1) The defendant and the defendant's brother and sister-in-law, Pierre Fils Pierre and Chantele Pierre, shall execute a $50,000 unsecured bond.

(2) The defendant shall live only at 56 Chestnut Street, Saugus, Massachusetts ("the residence") and at no other location.

(3) The defendant is released into the Third Party Custody of Mr. Pierre Fils Pierre and Ms. Chantele Pierre.

(4)   The defendant shall be subject to electronic monitoring at the residence and may not leave the residence except (a) for the purpose of attending a previously scheduled appearance in a court, (b) for the purpose of visiting an attorney who is representing her in a pending criminal matter and (c) for the purpose of seeking emergency medical care.  Permission to leave the residence for the above-stated purposes (a), (b), (c) or (d) is conditioned on the defendant complying with all of the requirements imposed by the Pre-Trial Services and that at all times when the defendant is out of the residence, she shall be in the actual physical presence of one or both of the third-party custodians.

(5)   All features on the telephone which are incompatible with electronic monitoring must be removed prior to the defendant's release.

(6)   The defendant shall not apply for a passport or any type of travel documents while on release.

(7)   The defendant shall not possess any firearms, destructive devices or dangerous weapons while on release and there shall be no such firearms, destructive devices or dangerous weapons in the residence.

(8)   The defendant shall not use alcohol to excess and shall not use or possess any narcotic controlled substance except by prescription from a licensed medical practitioner.

(9)   The defendant shall notify Pre-Trial Services within twenty-four (24) hours if she is arrested or has any contact with any law enforcement officials.

(10)  The defendant's travel is restricted to Essex, Middlesex and Suffolk Counties, Massachusetts.

(11) The defendant shall not have any contact, either direct or indirect, with any victims and any witnesses in this case except through her attorney.

(12) The defendant shall not participate in any real estate transactions and shall not open any lines of credit while on release.

(13) The defendant shall submit financial reports to Pre-Trial Services at such times as Pre-Trial Services directs.

(14) The defendant shall not violate any Federal, state or local law while on release, including the provisions of 18 U.S.C. §§ 1503, 1512 and 1513.

Counsel for Ms. Pierre shall notify the Clerk when Mr. Pierre Fils Pierre and Ms. Chantel Pierre can come to Court so that the Court can schedule a Release Hearing.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: September 19, 2005.